```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                          Case No. 08-cr-165-PB

**Jason Rowan**


**O R D E R**

Defendant, Jason Rowan, through counsel, has moved to continue the trial scheduled for April 7, 2009, citing newly appointed counsel and the need for additional time to complete discovery or engage in plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 7, 2009 to June 2, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

     The March 25, 2009 final pretrial conference is continued to May 27, 2009 at 4:00 p.m.

     No further continuances.

     SO ORDERED.

                                     /s/Paul Barbadoro
                                     Paul Barbadoro
                                     United States District Judge

March 24, 2009

cc:   Bruce Kennae, Esq.
      Kenneth Perkes, Esq.
      United States Probation
      United States Marshal